UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

IN RE:                                                                    CASE NO. 15-31871

PALM BEACH MARITIME FOUNDATION, INC.          Chapter 11

    Debtor in Possession,

_____/

**NOTICE OF REMOVAL OF STATE COURT CASE TO BANKRUPTCY COURT**

    Pursuant to 28 U.S.C. 1441 and 1452, Debtor Palm Beach Maritime Foundation, Inc. hereby gives notice and removes the State Court case captioned *Palm Beach Maritime Foundation, Inc. v Palm Beach Maritime Museum, Inc.* (Case No. 2015CA008664) to the United States Bankruptcy Court for the Southern District to Florida.

    The Debtor, Palm Beach Maritime Foundation, Inc, respectfully submit the following grounds for removal:

**I. Nature of the Action**

1. The Debtor in Possession, Palm Beach Maritime Foundation, Inc, is the named plaintiff and counter-defendant in the matter currently captioned *Palm Beach Maritime Foundation, Inc. v Palm Beach Maritime Museum, Inc.,* pending in the 15th Judicial Circuit, in Palm Beach County in the State of Florida, bearing case number 2015CA008664 (the "Action").

2. Defendant to the action, is a 501(c)(3) entity which owns and operates a school and museum which Debtor/Plaintiff helped to establish.

3. Debtor/Plaintiff's is a 501(c)(3) whose primary mission is the expansion of Maritime based education for grades K-12 throughout Florida and the nation, the ongoing support of the Defendant, and the development of funds toward this goal.

4. Due to debt obligations, some of which stem from guarantee's by the Debtor/Plaintiff on obligations of the Defendant, Debtor was compelled to file for Bankruptcy protection.

5. Debtor has made unsuccessful attempts to regain control of its membership rights with regard to Defendant, collect on outstanding monies owed to Debtor, and reorganize current obligations.

6. This Chapter 11 Bankruptcy case being filed on December 22, 2015 with case number 15-31871.

7. In the Action Debtor/Plaintiff asserts two causes of action against Defendant: 1) membership rights in Defendant were usurped by an illegally formed board of directors, thus depriving the Debtor of its asset; 2) Defendant owes a substantial account receivable to the Debtor/Plaintiff by way of a contractual obligation to pay fees to the Debtor/Plaintiff's under executed management and licensing agreements.

8. Defendant has filed counter-claims against the Debtor which are stayed by 11 U.S.C. 362, and must be brought into this Court for administration.

9. The questions which will be before the Court constitute Core proceedings as they are necessary for the proper administration of the Bankruptcy Estate.

**II.     Basis for Removal**

10. The Debtor, Palm Beach Maritime Foundation, Inc, remove the Action to the Court on two separate, independently sufficient bases: (A) under 28 U.S.C. § 1452, because the Action arises under the United States Bankruptcy Code, 11 U.S.C. § 101, et seq., (the "Bankruptcy Code"), and relates to a case under the Bankruptcy Code, as contemplated by 28 U.S.C. §1334(b); (B) under 28 U.S.C. § 1441(b), because the case arises under federal law, as contemplated by 28 U.S.C. §1331.

**(A) Removal Under 28 U.S.C. §§ 1452 and 1334(b)**

11. Removal of the Action is proper pursuant to 28 U.S.C. § 1452 because the Action "arises under" the Bankruptcy Code, and therefore this Court has original jurisdiction over Plaintiff's claims under 28 U.S.C. § 1334(b).

12. Plaintiff's causes of action are directly tied to assets of the bankruptcy estate and a successful restructuring requires the membership rights and monetary claims against the parties at issue in the state court litigation.

13. The Debtor/Plaintiff has the right to bring these assets and the claims connected to them into the Bankruptcy estate as they are necessary to coordinate a viable reorganization effort.

**(B) Removal Under 28 U.S.C. §§ 1441(b) and 1331**

14. In addition, removal of this Action is proper under 28 U.S.C. § 1441(b) because this Court has federal question jurisdiction over Plaintiff's claims under 28 U.S.C. § 1331.

15. Plaintiff's claims deal with issues concerning property of the bankruptcy estate as well as unliquidated, contingent, and disputed pre-petition claims under the Bankruptcy Code.

## THIS NOTICE OF REMOVAL IS TIMELY FILED

16. This lawsuit is a civil action within the meaning of the Acts of Congress relating to removal of causes.

17. Pursuant to Federal Rule of Bankruptcy Procedure 9027, the deadline to file a notice of removal is (A) 90 days after the order for relief in the case under the Code, (B) 30 days after entry of an order terminating a stay, if the claim or cause of action in a civil action has been stayed under §362 of the Code, or (C) 30 days after a trustee qualifies in a chapter 11 reorganization case but not later than 180 days after the order for relief.

18. The Debtor in Possession filed this case on December 22, 2015. As such this notice is within 90 days of the entrance of the order for relief under subsection (A).

19. Federal question jurisdiction exists over Plaintiffs' claims under 28 U.S.C. § 1331 because the resolution of Plaintiffs' claims will require adjudication of disputed questions of federal law as all aspects of the Bankruptcy code fall within Federal jurisdiction under 28 U.S.C. § 1331.

20. To the extent the Complaint alleges statutory, state common law or other nonfederal claims, this Court has supplemental jurisdiction over any such claims under 28 U.S.C. § 1367 because those claims arise out of the same operative facts

as Plaintiffs' claims and "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

21. Concurrently with this Notice of Removal, Debtor will file a copy of this Notice with the 15th Judicial Circuit of Palm Beach County, Florida. In accordance with 28 U.S.C. § 1446(d), Debtor will give written notice to Defendants by contemporaneously serving this Notice of Removal on Defendants.

22. If any question arises as to the propriety of the removal of this action, Plaintiff/Debtor respectfully request the opportunity to present a brief and oral argument in support of its position that this case is removable. *See Sierminski v. Transouth Fin. Corp.,* 216 F.3d 945, 949 (11th Cir. 2000) (announcing general rule that post-removal evidence in assessing removal jurisdiction may be considered by the Court).

WHEREFORE, the Debtor in Possession, Palm Beach Maritime Foundation, Inc, respectfully request that this civil action be, and is hereby, removed to the United States Bankruptcy Court for the Southern District of Florida, West Palm Beach Division, that this Court assume jurisdiction of this civil action, and that this Court enter such other and further orders as may be necessary to accomplish the requested removal and promote the ends of justice.

This 8th Day of February 2016

/s/ Angelo A Gasparri
Angelo A. Gasparri, Esq.
DEBT RELIEF LAW FLORIDA
1080 S. Federal Highway
Boynton Beach, FL  33435
Florida Bar No. 032158
Phone:  (561) 826-8986
Fax:  (561) 935-9706

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2016, I electronically filed the foregoing *Notice of Removal* with the Clerk of the Court using the CM/ECF System and served a true and correct copy of same on all parties who have made an appearance on the case via CM/ECF System and the Florida E-Filing Portal.

/s/ Angelo A Gasparri
Angelo A. Gasparri, Esq.
DEBT RELIEF LAW FLORIDA
1080 S. Federal Highway
Boynton Beach, FL  33435
Florida Bar No. 032158
Phone:  (561) 826-8986
Fax:  (561) 935-9706

Service List

PALM BEACH MARITIME
FOUNDATION, INC.
4512 N FLAGLER DRIVE STE 306
WEST PALM BEACH, FL 33407

PALM BEACH MARITIME MUSEUM,
INC.
1518 WEST LANTANA ROAD
LANTANA, FL 33462

BINNS, ANDREW C
5767 SUN POINTE CIRCLE
BOYNTON BEACH, FL 33437

LEHMAN, JUDY Y
5745 DESCARTES CIRCLE
BOYNTON BEACH, FL 33472

SHELLEY, Scott
1224 N. C STREET
LAKE WORTH, FL 33463

BOLIN, STEVE
8502 CHAPMAN OAK COURT
PALM BEACH GARDENS, FL 33410

GRANT, JOHN C
4512 N FLAGLER DRIVE STE 306
WEST PALM BEACH, FL 33407

SMITH, MELBOURNE
4512 N FLAGLER DRIVE STE 306
WEST PALM BEACH, FL 33407

INTERNATIONAL HISTORICAL
WATERCRAFT SOCIETY INC
4512 N FLAGLER DRIVE STE 306
WEST PALM BEACH, FL 33407

BURKHART WILLIAM
4512 N FLAGLER DRIVE STE 306
WEST PALM BEACH, FL 33407

LUTZ, MICHELLE
4512 N FLAGLER DRIVE STE 306
WEST PALM BEACH, FL 33407

HAMILTON JR., HARRY S
4512 N FLAGLER DRIVE STE 306
WEST PALM BEACH, FL 33407