UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-31871-PGH

Chapter 11

IN RE:

PALM BEACH MARITIME FOUNDATION, INC.

Debtor in Possession,

_____/

PALM BEACH MARITIME
FOUNDATION, INC.

ADV. PRO. 16-01090

Plaintiff

V.

PALM BEACH MARITIME MUSEUM, INC.

Defendant

_____/

## NOTICE OF APPEARANCE

COLE, SCOTT & KISSANE, P.A. hereby gives notice of its appearance on behalf of Defendants, Palm Beach Maritime Museum, Inc. d/b/a Palm Beach Maritime Academy; Richard Scott Shelley; Andrew C. Binns; Steven M. Bolin and Judy Lehman, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

By: /s/ Katie M. Merwin
KATIE M. MERWIN
FBN: 041635
Email: katie.merwin@csklegal.com
Email: krystal.desinord@csklegal.com

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

ADV. PRO. 16-01090

## CERTIFICATE OF SERVICE

I hereby certify that on **February 26, 2016**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

COLE, SCOTT & KISSANE, P.A.
Attorneys for Defendants
1645 Palm Beach Lakes Blvd., 2nd Floor
West Palm Beach, Florida 33401
Telephone: (561) 383-9200
Facsimile: (561) 683-8977

By: _/s/ Katie M. Merwin_
KATIE M. MERWIN
FBN: 041635
Email: katie.merwin@csklegal.com
Email: krystal.desinord@csklegal.com

**Service List**

**16-01090-PGH Notice will be electronically mailed to:**

Angelo A. Gasparri, Esq.
DEBT RELIEF LAW FLORIDA
1080 S. Federal Highway
Boynton Beach, FL 33435
angelo@drlclaw.com

D. Brett Marks, Esq.
AKERMAN LLP
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2999
Email: brett.marks@akerman.com